Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Email:  gedson@gedson.com
Idaho Bar No. 2984
Attorney for Defendants Pipkin and Stock Boise, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.  17-01458-JMM |
| | ) | Chapter  7 |
| SHILOH MANAGEMENT SERVICES, INC. | ) ) | |
| Debtor. | ) ) | |
| _____ | ) ) | |
| J. FORD ELSAESSER, solely in his capacity As Chapter 7 Trustee for the above-referenced bankruptcy estate, | ) ) ) ) | Adversary No. 19-06074 |
| Plaintiff, | ) ) | APPELLANT'S NOTICE OF APPEAL TO NINTH CIRCUIT |
| vs. | ) ) | COURT OF APPEALS |
| MOUNTAIN WEST IRA, INC., f/b/o CHESTER PIPKIN, IRA, an Idaho corporation; STOCK BOISE, LLC, an Idaho limited liability company; TRIPLE B, LLC, an Idaho limited liability company; QUALITY PROPERTIES, LLP, an Idaho limited Liability partnership; DOES 1-5, | ) ) ) ) ) ) | |
| Defendants _____ | ) ) | |

The Appellants, by and through their counsel of record, Gery W. Edson of GERY W. EDSON, P.A., appeal to the Ninth Circuit Court of Appeals under 28 U.S.C. §158(d) from the

**APPELLANT'S NOTICE OF APPEAL TO NINTH CIRCUIT COURT OF APPEALS** – Page 1

Judgment of the United States Bankruptcy Court for District of Idaho entered on January 15, 2021. A copy of the Judgment is attached hereto.

The names of all of the parties to the Judgment appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

>Defendants Mountain West IRA f/b/o Chester Pipkin IRA and
>Stock Boise, LLC
>*Represented by:*
>Gery W. Edson (gedson@gedson.com)
>GERY W. EDSON, P.A.
>250 South Fifth Street, Suite 820
>P.O. Box 448
>Boise, ID 83701
>Phone:   (208) 345-8700
>Fax:      (208) 389-9449


>Plaintiff J. Ford Elsaesser
>*Represented by:*
>Matthew T. Christensen (mtc@angstman.com)
>ANGSTMAN JOHNSON
>199 N. Capitol Blvd., Suite 200
>Boise, ID 83702
>Phone:   (208) 384-8588
>Fax:      (208) 629-2157


>Defendant Quality Properties, LLP
>*Represented by:*
>Jed W. Manwaring jmanwaring@evanskeane.com
>EVANS KEANE, LLP
>1161 West River Street, Suite 100
>P.O. Box 959
>Boise, ID  83701-0959
>Phone:   (208) 384-1800
>Fax:      (208) 345-3514

/
/
/
/
/
/
/
/

APPELLANT'S NOTICE OF APPEAL TO NINTH CIRCUIT COURT OF APPEALS  – Page 2

Dated this 28th day of January, 2021.

                GERY W. EDSON, P.A.,

                By /s/ Gery W. Edson
                Gery W. Edson, Attorney for Pipkin and
                Stock Boise, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2021, I served a copy of the foregoing on CM/ECF Registered Participates as reflected on the Notice of Electronic Filing:

1. Matthew Todd Christensen – mtc@angstman.com; mtcecf@gmail.com; megan@angstman.com; mlanderson@angstman.com; abbie@angstman.com; ecf@angstman.com; atty_christensen@bluestylus.com; christensenmr81164@notify.bestcase.com

2. J Ford Elsaesser - feecf@eaidaho.com; ID15@ecfcbis.com

3. Jed W. Manwaring – jmanwaring@evanskeane.com

                /s/ Gery W. Edson
                Gery W. Edson

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**Shiloh Management Services, Inc.,**<br><br>　　　　　　　　Debtor. | Bankruptcy Case<br>No. 17-01458-JMM |
| **J. Ford Elsaesser,**<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>**Mountain West IRA F/B/O Chester Pipkin IRA, Stock Boise, LLP, and Quality Properties, LLP,**<br><br>　　　　　　　　Defendant. | Adv. Proceeding<br>No. 19-06074-JMM |

## JUDGMENT

For the reasons set forth in the Court's Memorandum of Decision filed herein ("the Decision"), and for other good cause,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** pursuant to 11 U.S.C. §§ 544, 550, and 551, the Pipkin Deed of Trust recorded with the Owyhee County, Idaho recorder on December 30, 2016 as Instrument No. 291613, held by Mountain West IRA F/B/O Chester Pipkin IRA is avoided and preserved for the benefit of the bankruptcy estate.

JUDGMENT−1

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**

**THAT** pursuant to 11 U.S.C. §§ 544, 550, and 551, the First Stock Boise Deed of Trust, recorded with the Owyhee County, Idaho recorder on March 21, 2017 as Instrument No. 292164, held by Stock Boise, LLP is avoided and preserved for the benefit of the bankruptcy estate.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**

**THAT** pursuant to 11 U.S.C. §§ 544, 550, and 551, the Second Stock Boise Deed of Trust recorded with the Owyhee County, Idaho recorder on May 2, 2017 as Instrument No. 292651, held by Stock Boise, LLP is avoided and preserved for the benefit of the bankruptcy estate.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**

**THAT** pursuant to 11 U.S.C. §§ 544, 550, and 551, the Quality Properties Deed of Trust recorded with the Owyhee County, Idaho recorder on May 18, 2017 as Instrument No. 292777, held by Quality Properties, LLP is avoided and preserved for the benefit of the bankruptcy estate.

**ALTERNATIVELY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** pursuant to 11 U.S.C. § 558, the Quality Properties Deed of Trust held by Quality Properties, LLP is declared invalid.



DATED:  January 15, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

JUDGMENT–2