Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Email:  gedson@gedson.com
Idaho Bar No. 2984
Attorney for Defendants Pipkin and Stock Boise, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SHILOH MANAGEMENT SERVICES, INC.<br>          Debtor.<br>_____<br><br>J. FORD ELSAESSER, solely in his capacity As Chapter 7 Trustee for the above-referenced bankruptcy estate,<br><br>          Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST IRA, INC., f/b/o CHESTER PIPKIN, IRA, an Idaho corporation; STOCK BOISE, LLC, an Idaho limited liability company; TRIPLE B, LLC, an Idaho limited liability company; QUALITY PROPERTIES, LLP, an Idaho limited Liability partnership; DOES 1-5,<br><br>          Defendants<br>_____ | Bankruptcy No.  17-01458-JMM<br>Chapter  7<br><br><br><br><br><br>Adversary No. 19-06074<br><br>CERTIFICATION TO COURT<br>OF APPEALS BY ALL PARTIES |

A notice of appeal having been filed in the above-styled matter on January 28, 2021, and Mountain West IRA, Inc., f/b/o Chester Pipkin, IRA; and Stock Boise, LLC; and Quality Properties, LLP, as Appellants and J. Ford Elsaesser, as Appellee, who are all the Appellants and Appellees,

CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES – Page 1

hereby certify to the Court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below:

1. Leave to appeal in this matter is required under 28 U.S.C. § 158(a).

2. This certification arises in an appeal from a final judgment of the United States Bankruptcy Court for the District of Idaho entered on January 15, 2021.

3. An immediate appeal may materially advance the progress of the case or proceeding in which the appeal is taken.

    Attorney for Appellants Mountain West IRA, Inc., f/b/o Chester Pipkin, IRA; and Stock Boise, LLC

    GERY W. EDSON, P.A.

    By /s/ Gery W. Edson
    Gery W. Edson (gedson@gedson.com)
    250 South Fifth Street, Suite 820
    P.O. Box 448
    Boise, ID 83701
    Phone: (208) 345-8700
    Fax: (208) 389-9449

    DATED: February 3, 2021

Attorney for Appellants Quality Properties, LLC,

EVANS KEAN, LLP,

    By /s/ Jed W. Manwaring
    Jed W. Manwaring
    jmanwaring@evanskeane.com
    1161 West River Street, Suite 100
    P.O. Box 959
    Boise, ID 83701-0959
    Phone: (208) 384-1800
    Fax: (208) 345-3514

    DATED: February 3, 2021

Attorney for Appellee:

ANGSTMAN JOHNSON,


By /s/ Matthew T. Christensen
Matthew T. Christensen
(mtc@angstman.com)
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Phone:   (208) 384-8588
Fax:      (208) 629-2157

DATED:  February 3, 2021

**CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES – Page 3**