Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Email:  gedson@gedson.com
Idaho Bar No. 2984
Attorney for Defendants Mountain West IRA, Inc.,
f/b/o Chester Pipkin, IRA; and Stock Boise, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SHILOH MANAGEMENT SERVICES, INC.<br>                  Debtor.<br>_____<br><br>J. FORD ELSAESSER, solely in his capacity As Chapter 7 Trustee for the above-referenced bankruptcy estate,<br><br>                  Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST IRA, INC., f/b/o CHESTER PIPKIN, IRA, an Idaho corporation; STOCK BOISE, LLC, an Idaho limited liability company; TRIPLE B, LLC, an Idaho limited liability company; QUALITY PROPERTIES, LLP, an Idaho limited Liability partnership; DOES 1-5,<br><br>                  Defendants<br>_____ | Bankruptcy No.  17-01458-JMM<br>Chapter  7<br><br><br><br><br><br><br><br>Adversary No. 19-06074 |

JOINT PETITION FOR CERTIFICATION FROM THE DECISION OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF IDAHO DIRECTLY TO THE NINTH CIRCUIT COURT OF APPEALS
Page 1

**JOINT PETITION FOR CERTIFICATION FROM THE DECISION OF
THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF IDAHO
DIRECTLY TO THE NINTH CIRCUIT COURT OF APPEALS**

Come now, Defendants Mountain West IRA, Inc., f/b/o Chester Pipkin, IRA; Stock Boise, LLC; Quality Properties, LLP; and Plaintiff, J. Ford Elsaesser, by and through their attorneys of record, and request relief pursuant to FRAP 5, 6(c) and 28 USC § 158(d)(2)(A), as follows:

1. Appellants and Appellee join in this Petition for the reason that a question presented on appeal raises serious issues of law regarding Idaho statutes and existing case law; namely, whether an actual acknowledgement of the document in question must be made before a notary public can properly certify that the document was acknowledged.

2. Leave to appeal in this matter is a requirement under 28 § USC 158(a).

3. This certification arises in an appeal and cross appeal from a final Judgment in the United States Bankruptcy Court for the District of Idaho, which was entered January 15, 2021, a copy of which is attached hereto.

4. An immediate appeal will materially advance the progress of this case, as it has implication to numerous other cases filed by the bankruptcy trustee from which the appeal has been taken. This case is the second in a series of test cases challenging the bankruptcy trustee's ability to avoid liens in this manner.

5. The Judgment from which these parties appeal mandates a statement of a party acknowledging an instrument, which is an issue that has not been raised previously in Idaho state courts.

6. The Judgment appealed from involves a matter of utmost public importance as literally hundreds of recorded instruments; namely, deeds of trusts and mortgages, could be deemed invalid under the January 15, 2021 ruling.

7. Each of the parties to this Petition acknowledge that this question is ripe for determination and would expedite the process of a final decision and significantly save both the Courts and parties' time and expense through individual appeals in many cases which are still pending in the District of Idaho.

Dated this 26th day of February, 2021.

Attorney for Defendants Mountain West IRA, Inc., f/b/o Chester Pipkin, IRA; and Stock Boise, LLC

GERY W. EDSON, P.A.

By /s/ Gery W. Edson
Gery W. Edson

Attorney for Defendant Quality Properties, LLC,

EVANS KEAN, LLP,

By /s/ Jed W. Manwaring
Jed W. Manwaring

Attorney for Plaintiff:

ANGSTMAN JOHNSON,

By /s/ Matthew T. Christensen
Matthew T. Christensen

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Shiloh Management Services, Inc.,<br><br>Debtor. | Bankruptcy Case<br>No. 17-01458-JMM |
| J. Ford Elsaesser,<br><br>Plaintiff,<br><br>vs.<br><br>Mountain West IRA F/B/O Chester Pipkin IRA, Stock Boise, LLP, and Quality Properties, LLP,<br><br>Defendant. | Adv. Proceeding<br>No. 19-06074-JMM |

## JUDGMENT

For the reasons set forth in the Court's Memorandum of Decision filed herein ("the Decision"), and for other good cause,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** pursuant to 11 U.S.C. §§ 544, 550, and 551, the Pipkin Deed of Trust recorded with the Owyhee County, Idaho recorder on December 30, 2016 as Instrument No. 291613, held by Mountain West IRA F/B/O Chester Pipkin IRA is avoided and preserved for the benefit of the bankruptcy estate.

JUDGMENT−1

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**

**THAT** pursuant to 11 U.S.C. §§ 544, 550, and 551, the First Stock Boise Deed of Trust, recorded with the Owyhee County, Idaho recorder on March 21, 2017 as Instrument No. 292164, held by Stock Boise, LLP is avoided and preserved for the benefit of the bankruptcy estate.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**

**THAT** pursuant to 11 U.S.C. §§ 544, 550, and 551, the Second Stock Boise Deed of Trust recorded with the Owyhee County, Idaho recorder on May 2, 2017 as Instrument No. 292651, held by Stock Boise, LLP is avoided and preserved for the benefit of the bankruptcy estate.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**

**THAT** pursuant to 11 U.S.C. §§ 544, 550, and 551, the Quality Properties Deed of Trust recorded with the Owyhee County, Idaho recorder on May 18, 2017 as Instrument No. 292777, held by Quality Properties, LLP is avoided and preserved for the benefit of the bankruptcy estate.

**ALTERNATIVELY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** pursuant to 11 U.S.C. § 558, the Quality Properties Deed of Trust held by Quality Properties, LLP is declared invalid.



DATED: January 15, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

JUDGMENT–2